**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6250**

———————

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

    versus

GREGORY WHYTE, a/k/a Charles Chambler, a/k/a
Charlos Chambler, a/k/a Manny,

                Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Herbert N. Maletz, Senior Judge, sitting
by designation.  (CR-91-357-HAR, CA-97-4219-HNM)

———————

Submitted:  July 8, 1999         Decided:  July 14, 1999

———————

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Gregory Whyte, Appellant Pro Se.  Martin Joseph Clarke, OFFICE OF
THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Gregory Whyte seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, because we find that counsel was not ineffective, we affirm.  See Strickland v. Washington, 466 U.S. 668 (1984); see also Lockhart v. Fretwell, 506 U.S. 364 (1993).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED